United States District Court
Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  THEODORE ELLISON,                    Case No. 13-cv-02444-JST
         Plaintiff,
8
      v.                                **ORDER TO FILE STIPULATION OF DISMISSAL**
9
10 DALE TIFFANY, INC., et al.,          Re: ECF Nos. 21, 22
         Defendants.
11

12   The parties stated on the record on November 18, 2013, that they have settled this action.

13 See ECF No. 21 22.  Accordingly, all deadlines and hearings in this case are VACATED.  By

14 December 16, 2013, the parties shall file either a stipulation of dismissal or a one-page joint

15 statement explaining why they failed to comply with this Order.

16   Any continuance of the deadline set in this Order requires a showing of good cause.

17 Failure to comply with that deadline may result in sanctions.

18   **IT IS SO ORDERED**.

19 Dated: November 21, 2013

20                                        _____
21                                             JON S. TIGAR
                                           United States District Judge
22
23
24
25
26
27
28