Charles D. Chalmers, Esq. (State Bar No. 50263)
769 Center Blvd., #134
San Rafael, California 94901
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Theodore Ellison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON, | Case Number: C 13-cv-02444 JST |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| DALE TIFFANY, INC. and LAMPS PLUS, INC. | |
| Defendants. | |

Whereas, plaintiff and defendants Dale Tiffany, Inc. and Lamps Plus, Inc. have entered into a binding settlement:

Pursuant to FRCivP 41(a)(1)(A)(ii) the parties stipulate, and the Court hereby orders:

That the Complaint is dismissed with prejudice. All parties shall bear their own costs and expenses.

Dated: November 22, 2013           By  */s/Charles D. Chalmers*
                                                    Charles D. Chalmers
                                                    Attorney for Plaintiff

1

Stipulation and Order for Dismissal With Prejudice

|   |   |
|---|---|
| | TINGLEY LAW GROUP, PC |
| Dated: November 22, 2013 | By /s/Kevin P. O'Brien |
| | Kevin P. O'Brien |
| | Attorneys for Defendants Dale Tiffany, Inc. and Lamps Plus, Inc. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: November 26, 2013

_____
Hon. Jon S. Tigar
United States District Court Judge

Stipulation and Order for Dismissal With Prejudice